UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

Plaintiff,

v.

STEVEN ARKOWITZ, et al.,

Defendants.

No. 2:19-cv-0172 KJN P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Court records indicate that on September 6, 1988, the Honorable Lawrence K. Karlton issued an order finding that plaintiff abused the process available to indigent litigants. Based on this abuse, Judge Karlton ordered that before plaintiff filed any new actions, he was required to certify that any new petition presented new claims never raised and disposed of on the merits by any federal court, and show that denial of leave to file such an action would be prejudicial because the new claims could not be properly joined by amendment to any previously filed action.

Judge Karlton's order has not been vacated. In the instant action, plaintiff has not complied with the certification requirements set forth by Judge Karlton for filing a new action.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file the certification discussed above.

Dated: May 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mage0172.3a